UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MILHOUSE PROPERTIES LLC,<br><br>　　　　Defendant. | Case No. 21-cv-06742-JST<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Scott Johnson filed this case on August 31, 2021.  ECF No. 1.  The last day to complete service or file a motion for administrative relief from the deadline was November 1, 2021.  ECF No. 5 at 1.

The docket does not contain any proof of service or motion for administrative relief.  Other than various notices regarding reassignments and consents or declinations to proceed before a magistrate judge, there has been no activity in this case since the summons was issued on September 1, 2021.  In addition, Johnson's proof of service of his January 5, 2022 statement re: reassignment indicates that no one was served with that document.  ECF No. 11-1.

Johnson is ordered to show cause in writing by January 18, 2022, as to why this case should not be dismissed for failure to prosecute.  Failure to file a timely response to this order to show cause will result in dismissal of this case with prejudice.

**IT IS SO ORDERED.**

Dated:  January 10, 2022

_____
JON S. TIGAR
United States District Judge