

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street
Oakland, CA 94612
*cand.uscourts.gov*

June 28, 2022

RE:21-cv-06742-JST  Johnson v. Milhouse Properties LLC

Default is entered as to the defendant Milhouse Properties LLC on June 28, 2022.

Mark B. Busby, Clerk of Court

*Angela N. J.*
by:  Angela Jimenez
Case Systems Administrator
(510) 637-3535

*Rev. 7-19*