CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Milhouse Properties LLC;** and Does 1-10, <br><br> Defendants | Case No.: 4:21-cv-06742-JST <br><br> **Plaintiff's Notice of Voluntary Dismissal without Prejudice** <br><br> [Fed. R. Civ. P. 41(a)(1)(A)(i)] |

    PLEASE TAKE NOTICE that the plaintiff hereby voluntarily dismisses the above-captioned matter <u>without</u> prejudice per Federal Rule of Civil Procedure 41(a)(1)(A)(i). A dismissal is proper without a Court Order as the defendant has neither filed an answer nor motion for summary judgment.

Dated: October 11, 2022    CENTER FOR DISABILITY ACCESS

    By: ___/s/ Amanda Seabock
    Amanda Seabock Esq.
    Attorneys for Plaintiff